**SO ORDERED.**

Dated: January 14, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ROBERT PAUL REID AND LINDA LEE REID,<br><br>Debtors. | Chapter 13 Proceeding<br><br>Case No.: 2:09-bk-28941-CGC |
| M&I MARSHALL & ILSLEY BANK,<br><br>Movant,<br><br>vs.<br><br>ROBERT PAUL REID AND LINDA LEE REID, DEBTORS; AND EDWARD J. MANEY, CHAPTER 13 TRUSTEE,<br><br>Respondents. | **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>(Order Concerns: Real Property; Located at 1297 W. Lobster Trap Dr. Gilbert, AZ 85233) |

Movant, M&I Marshall and Ilsley Bank having filed a <u>Motion For Relief From The Automatic Stay Pursuant To §362(d)(1)</u> (the "Motion For Relief") and served a Notice of the Motion For Relief as required by Local Bankruptcy Rule 4001-1, no timely written objections to the Motion For Relief having been filed and for other good cause appearing;

IT IS HEREBY ORDERED ADJUDGED AND DECREED terminating any and all applicable stays and injunctions, including the automatic stay of 11 U.S.C. § 362(a), as it is applicable to M&I Marshall & Ilsley Bank with respect to the real property of Robert Paul Ried and Linda Lee Reid (the "Debtors") which is located at 1297 W. Lobster Trap Dr., Gilbert, AZ 85233,

and is legally described as:

> A CERTAIN TRACT OR PARCEL OF LAND IN MARICOPA COUNTY, IN THE STATE OF ARIZONA, DESCRIBED AS FOLLOWS: LOT 130, CATALINA BAY AT THE ISLANDS UNIT 3, ACCORDING TO BOOK 357 OF MAPS, PAGE 41, RECORDS OF MARICOPA COUNTY, ARIZONA.

(the "Property") to allow M&I Marshall & Ilsley Bank to exercise its state law rights and remedies, including, without limitation, conducting a non-judicial trustee's foreclosure sale of the Property.

**Signed and dated above.**